**Amended Schedule I Summary**  
Current Doc: **20**    Previous Doc: **1**  
Filed: **09/30/2019**  
**Part 2: Monthly Income**

# EXHIBIT A

| Line | Income | Debtor 1 New Value | Debtor 2 New Value | Debtor 1 Old Value | Debtor 2 Old Value | +/- Change |
|---|---|---|---|---|---|---|
| 2. | Monthly Gross Wages, Salary and Commissions | | $7,920.03 | | $6,933.98 | **$986.05** |
| 3. | Overtime Pay | | | | | |
| 4. | Calculated Gross Income | | $7,920.03 | | $6,933.98 | **$986.05** |
| 5. | Payroll Deductions | | | | | |
| 5a. | Tax, Medicare, and Social Security Deductions | | $1,059.22 | | $1,250.30 | **$(191.08)** |
| 5b. | Mandatory Contributions for Retirement Plans | | | | | |
| 5c. | Voluntary Contributions for Retirement Plans | | $155.31 | | $0.00 | **$155.31** |
| 5d. | Required Repayments of Retirement Fund Loans | | | | | |
| 5e. | Insurance | | $44.98 | | $0.00 | **$44.98** |
| 5f. | Domestic Support Obligations | | | | | |
| 5g. | Union Dues | | | | | |
| 5h. | Other Deductions (Description) | | | | | |
| 6. | Total Payroll Deductions | | $1,259.51 | | $1,250.30 | **$9.21** |
| 7. | Caculated Total Monthly Take-home Pay | | $6,660.52 | | $5,683.68 | **$976.84** |
| 8. | All Other Income | | | | | |
| 8a. | Net Income from Rental Property and from Operating a Business, Profession, or Farm | | | | | |
| 8b. | Interest and Dividends | | | | | |
| 8c. | Family Support Payments | | | | | |
| 8d. | Unemployment Compensation | | | | | |
| 8e. | Social Security | | | | | |
| 8f. | Other Government Assistance | $3,521.79 | | $3,425.00 | | **$96.79** |
| 8g. | Pension or Retirement Income | $2,069.00 | | $2,258.00 | | **$(189.00)** |
| 8h. | Other Monthly Income (Descripton) | | | | | |
| 9. | Other Income Total | $5,590.79 | | $5,683.00 | | **$(92.21)** |
| 10. | Debtor 1 and Debtor 2 Column Totals | $5,590.79 | $6,660.52 | $5,683.00 | $5,683.68 | **$884.63** |
| | | **New Total** | | **Old Total** | | |
| 10. | Line 10 Combined Total | $12,251.31 | | $11,366.68 | | **$884.63** |

Amended Schedule I Summary Continued...
Current Doc: **20**     Previous Doc: **1**
Filed:     **09/30/2019**
Part 2: Monthly Income Continued...

| Line | Income | Debtor 1 New Value | Debtor 2 New Value | Debtor 1 Old Value | Debtor 2 Old Value | +/- Change |
|---|---|---|---|---|---|---|
| 11. | Other Regular Contributions to Expenses Listed on Schedule J | | | | | |
| 12. | Combined Monthly Income Total | $12,251.31 | | $11,366.68 | | **$884.63** |
| 13. | Increase or Decrease Expected within One Year After this Form is Filed (Description) | | | | | |

## Amended Schedule I Summary

Current Doc: **20**    Previous Doc: **1**
Filed: **09/30/2019**
**Part 2: Monthly Expenses**

| Line | Description | New Value | Old Value | +/- Change |
|---|---|---|---|---|
| 4. | Rental or Home Ownership Expenses | | | |
| 4a. | Real Estate Taxes | | | |
| 4b. | Property, Homeowner's, or Renter's Insurance | | | |
| 4c. | Home Maintenance, Repair, and Upkeep Expenses | $200.00 | $100.00 | **$100.00** |
| 4d. | Homeowner's Association or Condominium Dues | $35.00 | $0.00 | **$35.00** |
| 5. | Additional Mortgage Payments | | | |
| 6. | Utilities | | | |
| 6a. | Electricity, Heat, Natural Gas | $311.00 | $250.00 | **$61.00** |
| 6b. | Water, Sewer, Garbage Collection | | | |
| 6c. | Telephone, Cell Phone, Internet, Satellite, and Cable Services | $500.00 | $350.00 | **$150.00** |
| 6d. | Other (Description) | | | |
| 7. | Food and Housekeeping Supplies | $1,500.00 | $1,250.00 | **$250.00** |
| 8. | Childcare and Children's Education Costs | | | |
| 9. | Clothing, Laundry, and Dry Cleaning | $527.00 | $320.00 | **$207.00** |
| 10. | Personal Care Products and Services | $150.00 | $110.00 | **$40.00** |
| 11. | Medical and Dental Expenses | | | |
| 12. | Transportation | $500.00 | $425.00 | **$75.00** |
| 13. | Entertainment, Clubs, Recreation, Newspapers, Magazines, and Books | | | |
| 14. | Charitable Contributions and Religious Donations | | | |
| 15. | Insurance | | | |
| 15a. | Life Insurance | | | |
| 15b. | Health Insurance | $200.00 | $180.00 | **$20.00** |
| 15c. | Vehicle Insurance | $270.00 | $255.00 | **$15.00** |
| 15d. | Other (Description) | | | |
| 16. | Taxes (Description) | | | |
| 17. | Installment or Lease Payments | | | |
| 17a. | Car Payments for Vehicle 1 | | | |

**Amended Schedule I Summary Continued...**
Current Doc: **20**   Previous Doc: **1**
Filed: **09/30/2019**
Part 2: Monthly Expenses Continued...

| Line | Description | New Value | Old Value | +/- Change |
|---|---|---|---|---|
| 17b. | Car Payments for Vehicle 2 | | | |
| 17c. | Other (Description) | | | |
| 17d. | Other (Description) | | | |
| 18. | Alimony, Maintenance, and Support | | | |
| 19. | Other Support Payments (Description) | | | |
| 20. | Other Real Property Expenses | | | |
| 20a. | Mortgages on Other Property | | | |
| 20b. | Real Estate Taxes | | | |
| 20c. | Property, Homeowner's, or Renter's Insurance | | | |
| 20d. | Maintenance, Repair, and Upkeep Expenses | | | |
| 20e. | HOA or Condominium Dues | | | |
| 21. | Other (Description) | $1,575.00 | $200.00 | **$1,375.00** |
| | New: Pet food $175; Uniforms $150; Professional $50; VA Benefits Not Available to Creditors; $1,200.00.  Old: Pet Food $150.00; Uniforms $50 | | | |
| 22. | Calculated Monthly Expenses | | | |
| 22a. | Add Lines 4 through 21 | $9,651.29 | $7,323.29 | **$2,328.00** |
| 22b. | Line 22 from Form 106J-2 | | | |
| 22c. | Add Lines 22a and 22b | $9,651.29 | $7,323.29 | **$2,328.00** |
| 23. | Calculated Monthly Net Income | | | |
| 23a. | Line 12 from Schedule I | $12,251.31 | $11,366.68 | **$884.63** |
| 23b. | Line 22c | $9,651.29 | $7,323.29 | **$2,328.00** |
| 23c. | Subtract Monthly Expenses from Monthly Income | $2,600.00 | $4,043.39 | **$(1,443.39)** |
| 24. | Increase or Decrease Expected within One Year After this Form is Filed (Description) | | | |